FILED BY [signature] D.C.
05 JUL 26 AM 9:28
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CYNTHIA EDWARDS FRAZIER,

Plaintiff,

vs.

WASHINGTON MUTUAL,

Defendant.

Civ. No. 04-2719-B/P

# SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held July 21, 2005. Present were Cynthia Edwards Frazier, *pro se*, and Robert L. Crawford, counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
August 4, 2005

**JOINING PARTIES:** September 19, 2005

**AMENDING PLEADINGS:** September 19, 2005

**INITIAL MOTIONS TO DISMISS:** October 19, 2005

**COMPLETING ALL DISCOVERY:** January 18, 2006

**(a) DOCUMENT PRODUCTION:** November 18, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-26-05

(b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: January 18, 2006

(c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

    (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: November 18, 2005

    (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: December 19, 2005

    (4) **EXPERT WITNESS DEPOSITIONS**: January 18, 2006

**FILING DISPOSITIVE MOTIONS**: February 17, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a nonjury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately two (2) days.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

July 22, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02719 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Margaret M Chesney
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr
Ste 800
Memphis, TN 38120

Cynthia Edwards Frazier
1863 Kendale Ave.
Memphis, TN 38114

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT