IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA EDWARDS FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 04-2719-B/P |
| | ) | |
| WASHINGTON MUTUAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO COMPEL PRODUCTION OF PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

Before the court is defendant's Motion to Compel Production of Plaintiff's Rule 26 Initial Disclosures, filed December 8, 2005 (Dkt #23). By letter dated December 14, 2005, defendant informed the court that it received the Rule 26 Initial Disclosures from plaintiff. On that basis, the motion is DENIED as MOOT.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 16, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02719 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Margaret M Chesney
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr
Ste 800
Memphis, TN 38120

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Cynthia Edwards Frazier
1863 Kendale Ave.
Memphis, TN 38114

LaToya L. Williams
WYATT TARRANT & COMBS, LLP
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT